# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Jose Santos Mendoza-Gonzalez<br>DOB: 1983; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-08684MJ |

Complaint for violation of Title 18, United States Code, Section 922(g)(5)(A)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 12, 2020, in the District of Arizona, **Jose Santos Mendoza-Gonzalez**, knowing he was an alien illegally or unlawfully in the United States, did knowingly possess firearms, that is: one Madsen model M-50 9x9mm caliber machinegun, one Delton model DT1-15 .223 caliber rifle, one Magtech model 7022 .22 LR caliber rifle, one Zavasta model EZ9 9x19mm caliber pistol, and one North American Arms model NAA-22LR .22 LR calbier pistol; said firearms being in and affecting commerce in that they were previously transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Section 922(g)(5)(A) and 924(a)(2).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

Jose Santos MENDOZA-GONZALEZ is a citizen of Mexico and does not have any legal status to be present in the United States. On November 14, 2008, MENDOZA-GONZALEZ was deported from the United States after having been determined to be unlawfully present in the United States.

On April 12, 2020, a United States Forest Service officer observed Jose Santos MENDOZA-GONZALEZ discharging a firearm on Mount Lemmon, in Arizona. The officer observed that the firearm demonstrated the characteristics of automatic gunfire, and asked MENDOZ-GONZALEZ if he had the proper registration to possess an automatic machinegun. MENDOZA-GONZALES said he did not. Four additional firearms were found within MENDOZA-GONZALEZ's reach, which he claimed were also his. In a post-Miranda interview, MENDOZA-GONZALEZ stated that he possessed all five firearms, which he had purchased in Tucson, and shoots them every two to three months. MENDOZA-GONZALEZ also stated he is a citizen of Mexico unlawfully present in the United States, he entered the United States unlawfully twelve years ago, and he has never had any immigration documents to legally enter or be present within the United States. MENDOZA-GONZALEZ further stated that he believes he is prohibited from possessing firearms and ammunition because he is in the United States unlawfully.

The firearms found in MENDOZA-GONZALEZ's possession and of which he claimed ownership were identified as one Madsen model M-50 9x9mm caliber machinegun, one Delton model DT1-15 .223 caliber rifle, one Magtech model 7022 .22 LR caliber rifle, one Zavasta model EZ9 9x19mm caliber pistol, and one North American Arms model NAA-22LR .22 LR caliber pistol. An interstate nexus expert with the Bureau of Alcohol, Tobacco, Firearms, and Explosives determined that these firearms were not manufactured in the state of Arizona, and thus traveled in interstate and/or foreign commerce.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:** N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA *Angela W. Woolridge*<br>Sworn by telephone  x | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>ATF Special Agent Robert Kilcoyne |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 14, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54